IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AGENCY ONE INSURANCE, INC., and PAMELA A SIROKY, | |
| Plaintiffs, | 8:13CV78 |
| v. | |
| WESTPORT INSURANCE CORP., | ORDER OF RECUSAL |
| Defendant. | |

Because my handling of this case might reasonably create an appearance of impropriety,

IT IS ORDERED that the case is referred to the chief judge for reassignment.

Dated May 14, 2013.

BY THE COURT

*Warren K. Urbom* (signature)

Warren K. Urbom
United States Senior District Judge