IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AGENCY ONE INSURANCE, INC., PAMELA A SIROKY,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>WESTPORT INSURANCE CORP.,<br><br>                    Defendant. | **8:13CV78**<br><br>**MEMORANDUM AND ORDER** |

      IT IS ORDERED that the parties' joint Motion to Continue Deadlines (Filing No. 43), is granted and the amended deadlines are as follows:

1)     The non-jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **September 22, 2014**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 9, 2014** at 9:00 a.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 8, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 1, 2014. Motions to compel Rule 33 through 36 discovery must be filed by April 8, 2014.

4) The deposition deadline is April 1, 2014.

5) The deadline for filing motions to dismiss and motions for summary judgment is April 29, 2014.

Dated this 22nd day of January, 2014.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge