IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AGENCY ONE INSURANCE, INC. and PAMELA A. SIROKY, | ) ) ) | Case No. 8:13-cv-78 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| WESTPORT INSURANCE CORP., | ) ) | |
| Defendant. | ) | |

The motion of David A. Dudley, Colin A. Mues, and the law firm of Baylor Evnen Curtiss Grimit & Witt for leave to withdraw as counsel for Agency One Insurance Inc. and Pamela Siroky, Plaintiffs, whose claims have been assigned to Metropolitan Property and Casualty Insurance Company, is granted, and such attorneys and the firm are hereby given leave to withdraw as counsel.

Dated this  10th  day of  July , 2014.

BY THE COURT:

 s/ Cheryl R. Zwart
United States Magistrate

986111