IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AGENCY ONE INSURANCE, INC., PAMELA A SIROKY, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Assignee of the Claims of Agency One Insurance, Inc. and Pamela A. Siroky;<br><br>Plaintiffs,<br><br>vs.<br><br>WESTPORT INSURANCE CORP.,<br><br>Defendant. | **8:13CV78**<br><br>**ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The defendant shall promptly serve its proposed Rule 45 subpoena on the plaintiff by no later than December 24, 2014 at noon.  As authorized under Nebraska General Rule 1.1(c), the plaintiff's deadline for objecting to the subpoena (see NECivR 45.1) is modified.   Specifically, the plaintiff shall serve any written objections to the rule 45 subpoena by no later than December 29, 2014 at noon, in the absence of which service of the subpoena will be deemed unopposed.  Service of the proposed Rule 45 subpoena and any written objections will be done by email.

1) The pretrial conference and trial are continued  pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge, previously scheduled for January 6, 2015, is continued.  The conference call will be held on

February 6, 2015, at **9:00 a.m.** to discuss further setting a new progression schedule for the trial of this case. Counsel for plaintiff shall place or arrange the call.

December 23, 2014

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge