IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,** Assignee of the Claims of Agency One Insurance, Inc. and Pamela A. Siroky, | ) ) ) ) ) | **CASE NO. 4:15CV3021** |
| Plaintiff, | ) ) | **REASSIGNMENT ORDER** |
| v. | ) ) | |
| **WESTPORT INSURANCE CORPORATION,** | ) ) ) | |
| Defendant. | ) | |
| **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,** Assignee of the Claims of Agency One Insurance, Inc. and Pamela A. Siroky, | ) ) ) ) ) | **CASE NO. 8:13CV78** |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| **WESTPORT INSURANCE CORP.,** | ) ) | |
| Defendant. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 4:15CV3021, *Metropolitan Property and Casualty Insurance Company, Assignee of the Claims of Agency One Insurance, Inc. and Pamela A. Siroky, v. Westport Insurance Corporation,* is reassigned to Senior Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 3rd day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge