IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Assignee of the Claims of Agency One Insurance, Inc., and Pamela A. Siroky, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:13CV78 ORDER |
| Plaintiff, | | |
| v. | | |
| WESTPORT INSURANCE CORP., | | |
| Defendant. | | |

IT IS ORDERED that Plaintiff's unopposed motion for extension of time (filing 148) is granted, as follows:

Plaintiff shall have until April 27, 2015, to file a consolidated brief in response to Defendant's motion for reconsideration (filing 145) and in reply to Defendant's response to Plaintiff's motion for partial summary judgment (filing 131).

DATED this 9th day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge