UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, ASSIGNEE OF THE CLAIMS OF AGENCY ONE INSURANCE, INC. and PAMELA SIROKY, <br><br>　　　　Plaintiff-Counterdefendant, <br><br>vs. <br><br>WESTPORT INSURANCE CORP., <br><br>　　　　Defendant-Counterplaintiff. | Case No. 8:13-cv-78 <br><br> STIPULATION OF DISMISSAL |

Plaintiff-counterdefendant Metropolitan Property and Casualty Insurance Company as assignee of Agency One Insurance Inc. and Pamela Siroky ("Met") and Defendant-Counterplaintiff Westport Insurance Corporation ("Westport") stipulate through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, as follows:

1. Met's Complaint in this matter is dismissed with prejudice.

2. Westport's Counterclaims in this matter is dismissed with prejudice

3. Each party is to bear its own costs and expenses incurred herein.

Stipulated By All Parties on the 13th day of November, 2015:

For Plaintiffs,
　　s/ Christopher R. Miller
　　Christopher R. Miller, #24599
　　Miller Grell Law Group, PC, LLO
　　201 N. 8th Street, Suite 202
　　Lincoln, NE  68508

For Defendant,
　　s/ Joyce F. Noyes
　　Joyce F. Noyes
　　Walker, Wilcox, Matousek, LLP
　　One North Franklin Street
　　Suite 3200
　　Chicago, IL 60606

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Michael K. Huffer
Cassem, Tierney, Adams, Gotch, & Douglas
9290 West Dodge Road
Suite 302
Omaha, NE 68114-3320

Joyce F. Noyes
Walker, Wilcox, Matousek, LLP
One North Franklin Street
Suite 3200
Chicago, IL 60606

                                                      By:    /s  Christopher R. Miller
                                                                  Christopher R. Miller, #24599