IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Assignee of the Claims of Agency One Insurance, Inc., and Pamela A. Siroky, | ) ) ) ) ) | 8:13CV78 |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| WESTPORT INSURANCE CORP., | ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties' joint stipulation (filing 225), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action, including all claims and counterclaims, is dismissed with prejudice, with each party to bear its own costs and expenses.

DATED this 16th day of November, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge